CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

NOV 03 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GREGORY LEON HAMMER, ) | Civil Action No. 7:16-cv-00499 | |
|     Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| SHERIFF BRYAN HUTCHESON, ) | By: | Hon. Jackson L. Kiser |
|     Respondent. ) | | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 3rd day of November, 2016.

*/s/ Jackson L. Kiser*
Senior United States District Judge